1  **HOFLAND & TOMSHECK**
2  Joshua Tomsheck, Esq.
   josht@hoflandlaw.com
3  State Bar of Nevada No. 009210
   228 South 4th Street, 1st Floor
4  Las Vegas, NV  89101
   (702) 895-6760
5  Attorneys for Defendant

6
                    **UNITED STATES DISTRICT COURT**
7
                       **DISTRICT OF NEVADA**
8
   UNITED STATES OF AMERICA ,
9                                          )  Case Number:  2: 17-mj-01174-EJY
                    Plaintiff,             )
10                                         )
        -vs-                               )
11                                         )
   DAVID HOWARD BABIT,                     )
12                Defendant.               )
                                           )
13                                         )
                                           )
14  _____)

15
         **UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCE**
16                    **INVESTIGATION REPORT**

17
18         COMES NOW, DAVID HOWARD BABIT, by and through his attorney of record,

19  Joshua Tomsheck, Esq., of the Law Firm of Hofland & Tomsheck and hereby moves this

20  Honorable Court (UNOPPOSED) to order the United States Department of Parole and

21  Probation to conduct a pre-plea presentence investigation report of DAVID HOWARD

22  BABIT as soon as possible.

23
24  / / /
25  / / /
26  / / /
27                                1
28

This request is based upon the pleadings and papers on file herein, the attached Memorandum of Points and Authorities, and any oral argument the Court may entertain.

DATED this 27th day of November, 2019.

HOFLAND & TOMSHECK

By:  __/s/____ J. Tomsheck____
JOSHUA TOMSHECK, ESQ.
Nevada State Bar No. 009210
228 S. 4th Street, 1st Floor
Las Vegas, NV 89101
Attorney for Defendant

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. STATEMENT OF FACTS

On December 8, 2017, a Criminal Complaint was filed charging the Defendant, David Howard Babit, with One (1) Count of Sexual Exploitation of Children, in violation of 18 U.S.C. § 2251(a) and (e), One (1) Count of Receipt of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(2) and (b), and One (1) Count of Possession of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B).

A preliminary hearing has been set for March 24, 2020.

### II. LEGAL ARGUMENT

A presentence investigation may be initiated prior to entry of a guilty plea or nolo contendere or prior to the establishment of guilt. *See generally* Fed. R. Crim. P. 32.

Counsel requires a pre-plea presentence investigation report to determine the

2

personal history category and the criminal history category applicable to Mr. Babit.

A pre-plea PSR will promote judicial economy and could greatly expedite the manner in which this case is resolved, as this case is close to resolution by way of negotiation. Furthermore, Mr. Babit consents to the pre-plea presentence investigation.

Counsel has spoken to the Government and they do not oppose the instant motion.

### III. CONCLUSION

Based on the foregoing, Defendant asks this Court to grant his Unopposed Motion to Conduct a Pre-Plea Presentence Investigation Report. Defendant further requests this Court order the United States Department of Parole and Probation to conduct a pre-plea presentence investigation export of Mr. Babit as soon as possible.

DATED this 27th day of November, 2019.

**HOFLAND & TOMSHECK**


___/s/__J. Tomsheck_____
JOSHUA TOMSHECK, ESQ.
Counsel for Defendant


IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

Dated: December 2, 2019

3