# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:20-cr-00276-GMN-EJY |
|---|---|
| Plaintiff, | **ORDER** |
| v. | (Docket No. 62) |
| DAVID HOWARD BABIT, | |
| Defendant. | |

On December 1, 2020, counsel for Defendant filed a motion under seal. The Court, having reviewed the motion, can discern no legitimate reason for such designation.[1] Further, Defendant filed the motion under seal without complying with the Court's clear rules for such filings. LR IA 10-5.

No later than December 7, 2020, counsel must file either a motion to seal the motion at Docket No. 62 that complies fully with the Court's local rules and applicable caselaw or a motion to unseal the motion at Docket No. 62.

IT IS SO ORDERED.

DATED: December 2, 2020.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that Defendant's medical conditions are discussed in a small portion of the overall motion. Such discussion does not merit sealing the entire brief; rather, the caselaw provides a mechanism for sealing that portion if, in fact, that was the reason for filing under seal.