UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DAVID HOWARD BABIT,<br><br>　　　　Defendant | Case No.: 2:20-CR-00276-GMN-EJY<br><br>ORDER GRANTING<br>DEFENDANT'S MOTION TO<br>UNSEAL EMERGENCY MOTION TO<br>REOPEN DETENTION HEARING |

COMES NOW Defendant, DAVID HOWARD BABIT, by and through his attorney of record, Joshua Tomsheck of the law firm of Hofland & Tomsheck and hereby moves this Court to unseal Defendant's Emergency Motion to Reopen Detention Hearing Due to COVID-19 Pandemic, located at Docket No. 62. Mr. Babit, through the undersigned, consents to the unsealing of the aforementioned Motion.

/ / /

/ / /

**WHEREFORE,** Defendant respectfully requests that the Court grant this Motion and enter an Order unsealing Defendant's Emergency Motion to Reopen Detention Hearing Due to COVID-19 Pandemic.

Dated this 7th day of December 2020.

                    **HOFLAND & TOMSHECK**

By: */s/ J. Tomsheck*
     Joshua Tomsheck, Esq.
     Nevada State Bar No. 9210
     josht@hoflandlaw.com
     228 South Fourth Street, 1st Floor
     Las Vegas, Nevada 89101
     Telephone: (702) 895-6760
     Facsimile: (702) 731-6910
     Attorney for Defendant

IT IS SO ORDERED.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED:  December 9, 2020.

2