**HOFLAND & TOMSHECK**
Joshua Tomsheck, Esq.
State Bar of Nevada No. 009210
josht@hoflandlaw.com
228 South 4th Street, 1st Floor
Las Vegas, Nevada 89101
(702) 895-6760
(702) 731-6910 facsimile
*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>DAVID HOWARD BABIT,<br><br>Defendant. | Case No.: 2:20-cr-00276-GMN-EJY<br><br>Stipulation and Order to Continue Sentencing and Disposition Date |

IT IS HEREBY STIPULATED AND AGREED by and between Nicholas A. Trutanich, United States Attorney, and Bianca R. Pucci, Esq., Assistant United States Attorney, counsel for the United States of America, and Joshua Tomsheck, Esq., counsel for Defendant, DAVID HOWARD BABIT, that the Sentencing and Disposition currently scheduled for March 17, 2021 at 10:00 A.M. to a date and time to be set by this Honorable Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. This is the first Sentencing and Disposition continuance request.
2. The additional time requested herein is not sought for purposes of delay, but to allow Defense counsel additional time to visit and speak with Mr. Babit.
3. Defendant is in custody and does not object to the continuance.
4. The parties agree to the continuance.
5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

/ / /

6. For the above stated reasons, the parties agree that a continuance of the Sentencing and Disposition Date would best serve the ends of justice in this case.

DATED this 26th day of February 2021.

NICHOLAS A. TRUTANICH
UNITED STATES ATTORNEY

*/s/ Bianca R. Pucci*                                   */s/ Joshua Tomsheck*
BIANCA R. PUCCI, ESQ.                      JOSHUA TOMSHECK, ESQ.
Assistant United States Attorney        Attorney for Defendant

**HOFLAND & TOMSHECK**
Joshua Tomsheck, Esq.
State Bar of Nevada No. 009210
josht@hoflandlaw.com
228 South 4th Street, 1st Floor
Las Vegas, Nevada 89101
(702) 895-6760
(702) 731-6910 facsimile
*Attorney for Defendant*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 2:20-cr-00276-GMN-EJY |
| Plaintiff, | |
| vs. | Stipulation and Order to Continue Sentencing and Disposition Date |
| DAVID HOWARD BABIT | |
| Defendant. | |

### FINDINGS OF FACT

Based upon the pending Stipulation of counsel, and good cause appearing therefor, the Court hereby finds that:

This Stipulation is entered into for the following reasons:

1. This is the first Sentencing and Disposition continuance request.

2. The additional time requested herein is not sought for purposes of delay, but to allow Defense counsel additional time to visit and speak with Mr. Babit.

3. Defendant is in custody and does not object to the continuance.

4. The parties agree to the continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. For the above stated reasons, the parties agree that a continuance of the Sentencing and Disposition Date would best serve the ends of justice in this case.

/ / /

## ORDER

IT IS HEREBY ORDERED that the Sentencing and Disposition date in the above-captioned matter currently scheduled for March 17, 2021 at 10:00 A.M. be vacated and continued to the 26th day of May, 2021 at 10:00 A.M.

DATED this __2__ day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

*/s/ Joshua Tomsheck*
Joshua Tomsheck, Esq.
Nevada Bar No. 009210
Attorney for Defendant

**HOFLAND & TOMSHECK**
228 SOUTH FOURTH ST., FIRST FLOOR
LAS VEGAS, NEVADA 89101
P: (702) 895-6760 · F: (702) 731-6910