**HOFLAND & TOMSHECK**
Joshua Tomsheck, Esq.
State Bar of Nevada No. 009210
josht@hoflandlaw.com
228 South 4th Street, 1st Floor
Las Vegas, Nevada 89101
(702) 895-6760
(702) 731-6910 facsimile
*Attorney for Defendant*



**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

UNITED STATES OF AMERICA

Plaintiff,

vs.

DAVID HOWARD BABIT,

Defendant.

Case No.: 2:20-cr-00276-GMN-EJY

Stipulation and Order to Continue Sentencing and Disposition Date

IT IS HEREBY STIPULATED AND AGREED by and between Christopher Chiou, Acting United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United States of America, and Joshua Tomsheck, Esq., counsel for Defendant, DAVID HOWARD BABIT, that the Sentencing and Disposition currently scheduled for May 26, 2021 at 10:00 A.M. to a date and time to be set by this Honorable Court in the month of July 2021, excluding July 26, 2021 through July 30, 2021.

This Stipulation is entered into for the following reasons:

1. This is the second Sentencing and Disposition continuance request.
2. The additional time requested herein is not sought for purposes of delay, but to allow Defense counsel additional time to visit and speak with Mr. Babit.
3. Defendant is in custody and does not object to the continuance.
4. The parties agree to the continuance.
5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

/ / /

6. For the above stated reasons, the parties agree that a continuance of the Sentencing and Disposition Date would best serve the ends of justice in this case.

DATED this 18th day of May 2021.

CHRISTOPHER CHIOU
ACTING UNITED STATES ATTORNEY

***/s/_Bianca R. Pucci__________***
BIANCA R. PUCCI
Assistant United States Attorney

***/s/ _Joshua Tomsheck____________***
JOSHUA TOMSHECK, ESQ.
Attorney for Defendant

HOFLAND & TOMSHECK
228 SOUTH FOURTH ST., FIRST FLOOR
LAS VEGAS, NEVADA 89101
P: (702) 895-6760 • F: (702) 731-6910

**HOFLAND & TOMSHECK**
Joshua Tomsheck, Esq.
State Bar of Nevada No. 009210
josht@hoflandlaw.com
228 South 4th Street, 1st Floor
Las Vegas, Nevada 89101
(702) 895-6760
(702) 731-6910 facsimile
*Attorney for Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

UNITED STATES OF AMERICA

Plaintiff,

vs.

DAVID HOWARD BABIT

Defendant.

Case No.: 2:20-cr-00276-GMN-EJY

Stipulation and Order to Continue Sentencing and Disposition Date

FINDINGS OF FACT

Based upon the pending Stipulation of counsel, and good cause appearing therefor, the Court hereby finds that:

This Stipulation is entered into for the following reasons:

1. This is the second Sentencing and Disposition continuance request.
2. The additional time requested herein is not sought for purposes of delay, but to allow Defense counsel additional time to visit and speak with Mr. Babit.
3. Defendant is in custody and does not object to the continuance.
4. The parties agree to the continuance.
5. Additionally, denial of this request for continuance could result in a miscarriage of justice.
6. For the above stated reasons, the parties agree that a continuance of the Sentencing and Disposition Date would best serve the ends of justice in this case.

/ / /



HOFLAND & TOMSHECK
228 South Fourth St., First Floor
Las Vegas, Nevada 89101
P: (702) 895-6760 • F: (702) 731-6910

HOFLAND & TOMSHECK
228 South Fourth St., First Floor
Las Vegas, Nevada 89101
p: (702) 895-6760 • f: (702) 731-6910

ORDER

IT IS HEREBY ORDERED that the Sentencing and Disposition date in the above-captioned matter currently scheduled for May 26, 2021 at 10:00 A.M. be vacated and continued to Wednesday, July 21, 2021, at 9:00 a.m. in Courtroom 7D before Judge Gloria M. Navarro.

DATED this 19 day of May, 2021.

_______________________________
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

*/s/ Joshua Tomsheck*
Joshua Tomsheck, Esq.
Nevada Bar No. 009210
Attorney for Defendant