**HOFLAND & TOMSHECK**
Joshua Tomsheck, Esq.
State Bar of Nevada No. 009210
josht@hoflandlaw.com
228 South 4th Street, 1st Floor
Las Vegas, Nevada 89101
(702) 895-6760
(702) 731-6910 facsimile
*Attorney for Defendant*

**HOFLAND & TOMSHECK**
228 SOUTH FOURTH ST., FIRST FLOOR
LAS VEGAS, NEVADA 89101
P: (702) 895-6760 • F: (702) 731-6910

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 2:20-cr-00276-GMN-EJY |
| Plaintiff, | |
| vs. | Stipulation and Order to Continue Sentencing and Disposition Date |
| DAVID HOWARD BABIT, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Christopher Chiou, Acting United States Attorney, and Bianca R. Pucci, Esq., Assistant United States Attorney, counsel for the United States of America, and Joshua Tomsheck, Esq., counsel for Defendant, DAVID HOWARD BABIT, that the Sentencing and Disposition currently scheduled for July 21, 2021 at 9:00 A.M. to a date and time to be set by this Honorable Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. This is the third Sentencing and Disposition continuance request.

2. The additional time requested herein is not sought for purposes of delay, but to address issues within Mr. Babit's Presentence Investigation Report.

3. Defendant is in custody and does not object to the continuance.

4. The parties agree to the continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

/ / /

6. For the above stated reasons, the parties agree that a continuance of the Sentencing and Disposition Date would best serve the ends of justice in this case.

DATED this 13th day of July, 2021.

CHRISTOPHER CHIOU
ACTING UNITED STATES ATTORNEY

*/s/ Bianca R. Pucci*_____
BIANCA R. PUCCI, ESQ.
Assistant United States Attorney

*/s/ Joshua Tomsheck*_____
JOSHUA TOMSHECK, ESQ.
Attorney for Defendant

**HOFLAND & TOMSHECK**
*228 SOUTH FOURTH ST., FIRST FLOOR*
*LAS VEGAS, NEVADA 89101*
*P: (702) 895-6760 • F: (702) 731-6910*

**HOFLAND & TOMSHECK**
Joshua Tomsheck, Esq.
State Bar of Nevada No. 009210
josht@hoflandlaw.com
228 South 4th Street, 1st Floor
Las Vegas, Nevada 89101
(702) 895-6760
(702) 731-6910 facsimile
*Attorney for Defendant*

1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

8  UNITED STATES OF AMERICA        Case No.: 2:20-cr-00276-GMN-EJY

9              Plaintiff,

10 vs.

11 DAVID HOWARD BABIT        Stipulation and Order to Continue
                             Sentencing and Disposition Date
12              Defendant.

13                    FINDINGS OF FACT

14        Based upon the pending Stipulation of counsel, and good cause appearing therefor, the

15 Court hereby finds that:

16        This Stipulation is entered into for the following reasons:

17  1.  This is the third Sentencing and Disposition continuance request.

18  2.  The additional time requested herein is not sought for purposes of delay, but to address issues

19      within Mr. Babit's Presentence Investigation Report.

20  3.  Defendant is in custody and does not object to the continuance.

21  4.  The parties agree to the continuance.

22  5.  Additionally, denial of this request for continuance could result in a miscarriage of justice.

23  6.  For the above stated reasons, the parties agree that a continuance of the Sentencing and

24      Disposition Date would best serve the ends of justice in this case.

25  / / /

26
27
28

**HOFLAND & TOMSHECK**
228 SOUTH FOURTH ST., FIRST FLOOR
LAS VEGAS, NEVADA 89101
P: (702) 895-6760 • F: (702) 731-6910

ORDER

IT IS HEREBY ORDERED that the Sentencing and Disposition date in the above-captioned matter currently scheduled for July 21, 2021 at 9:00 A.M. be vacated and continued to August 25, 2021, at 10:00 a.m. in Courtroom 7D before Judge Gloria M. Navarro.

DATED this __15__ day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

*/s/ Joshua Tomsheck*
Joshua Tomsheck, Esq.
Nevada Bar No. 009210
Attorney for Defendant

**HOFLAND & TOMSHECK**
*228 SOUTH FOURTH ST., FIRST FLOOR*
*LAS VEGAS, NEVADA 89101*
*P: (702) 895-6760 • F: (702) 731-6910*