# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-CR-276-GMN-EJY |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| DAVID HOWARD BABIT, | |
| Defendant. | |

    The United States District Court for the District of Nevada entered an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 2428(a)(1); and 18 U.S.C. § 2428(b)(1)(A) with 28 U.S.C. § 2461(c) based upon the plea of guilty by David Howard Babit to the criminal offenses, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information, as corrected in the Amended Preliminary Order of Forfeiture, and shown by the United States to have the requisite nexus to the offenses to which David Howard Babit pled guilty. Criminal Information, ECF No. 54; Plea Agreement, ECF No. 56; Arraignment & Plea, ECF No. 57; Amended Preliminary Order of Forfeiture, ECF No. 99.

    This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

    This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from December 31, 2021, through January 29, 2022, notifying all potential

third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 108-1, p. 5.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 2428(a)(1); 18 U.S.C. § 2428(b)(1)(A) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. Lenovo Desktop Computer, SN: ES11584791;
2. HP Desktop Computer, SN: CNH7310662;
3. Samsung S7 Edge Cell Phone, IMEI: 357751075148178;
4. Samsung GTP511TS Tablet, SN: R32C7038AYL;
5. Western Digital External Hard Drive, SN: WCC4N2RV7FFI; and
6. HP 15-G231DS Laptop Computer, SN: CND51000FT

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED _____March 16_____, 2022.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE