JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
Attorneys for the United States

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-CR-276-GMN-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| DAVID HOWARD BABIT, | |
| Defendant. | |

The United States moves this Court to allow Daniel D. Hollingsworth to withdraw as the forfeiture attorney of record for the United States of America because forfeiture has been completed and he should be removed from further notification of this Court's CM/ECF system in this case.

Dated: September 19, 2024.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ *Daniel D. Hollingsworth*
Daniel D. Hollingsworth
Assistant United States Attorney

IT IS SO ORDERED:

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE
DATED: October 7, 2024